# **Exhibit 1 to Plaintiff's Motion for Preliminary Injunction**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:26-cv-02248-APM

JACQUELINE R. SMITH,

Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE *et al.*,

Defendants.

**DECLARATION OF JACQUELINE R. SMITH**

I, Jacqueline R. Smith, hereby declare the following:

1. I am over the age of 18 and competent to make this declaration. If called to do so, I could and would testify to these matters under oath.

2. I am the Plaintiff in the above-captioned matter. On April 21, 2026, I was terminated from my position as the Ombudsman for *Stars and Stripes* ("Stripes").

**History of Stars and Stripes**

3. From my time as Ombudsman, I am personally familiar with the history of Stripes.

4. Stripes' publication dates to 1861 in the Civil War; it was reinstated in 1918 during World War I and, since 1945 during World War II, has published continuously.

5. Stripes provides news to service members and their families, as well as veterans, DoD civilians and contractors. Importantly, Stripes provides these services to personnel stationed overseas who may have a harder time accessing unbiased news reporting.

6. During World War I, General John "Black Jack" Pershing is reported to have said, "I do not believe that any one factor could have done more to sustain the morale of the [American Expeditionary Force] than the Stars and Stripes."

7. In World War II, General Dwight Eisenhower intervened to protect cartoonist Bill Mauldin. Mr. Mauldin had irritated General George Patton with one of his cartoons. General Patton threatened to ban Stripes in his units and jail Mauldin, but General Eisenhower interceded, stating "Stars and Stripes is the soldiers' newspaper. We will not interfere."

8. Stripes maintained its independence through the Korean and Vietnam wars. However, in the 1980s, DoD attempted to assert influence over Stripes' coverage of the Iran-Contra Affair. It was after this attempted interference that Congress intervened to ensure that Stripes remained an independent news source and created the position of Ombudsman to monitor Stripes' editorial independence and inform Congress if it were threatened.

**My Journalistic Experience**

9. I have worked in journalism for more than forty (40) years. During those four decades, I worked as a reporter, editor, newsroom manager, and a columnist, including as a full-time employee of Hearst Connecticut Media.

10. Some of my reporting included the construction and operation of submarines in my home state of Connecticut.

11. I have won awards for my reporting, including state, regional, and national awards. These awards include induction in the Connecticut Journalism Hall of Fame (2024) and the New England Yankee Quill award for lifetime achievement in journalism (2025).

**<u>My Selection as Ombudsman</u>**

12. It was because of my reporting on submarine construction that I became aware of the opportunity to work as Stripes' Ombudsman.

13. I was offered the position of Ombudsman for Stripes and accepted that offer on December 12, 2023. I am informed I was one of twenty (20) qualified applicants for the position.

14. My term was set to begin on December 19, 2023, and end on December 19, 2026.

15. The Ombudsman position was intentionally designed as independent. As such, I did not report directly to any Defendant, but instead reported to Congress.

16. I have never met Secretary Hegseth, Deputy Secretary Feinberg, or Mr. Parnell.

**<u>Defendants Turn on Stripes</u>**

17. As a journalist closely observing the Pentagon, I was intimately aware of the disdain towards the media harbored by Secretary Hegseth, Deputy Secretary Feinberg, Mr. Parnell, and other DoD officials.

18. On January 15, 2026, Defendant Sean Parnell posted the following from his X account:

> The Department of War is returning Stars & Stripes to its original mission: reporting for our warfighters.
>
> We are bringing Stars & Stripes into the 21st century. We will modernize its operations, refocus its content away from woke distractions that syphon morale, and adapt it to serve a new generation of service members.
>
> Stars & Stripes will be custom tailored to our warfighters. It will focus on warfighting, weapons systems, fitness, lethality, survivability, and ALL THINGS MILITARY. No more repurposed DC gossip columns; no more Associated Press reprints.
>
> Stars & Stripes has a proud legacy of reporting news that's important to our service members. The Department of War is committed to ensuring the outlet continues to reflect that proud legacy.

19. A true and accurate copy of this post is attached as **Exhibit 1** to this declaration.

20. The day before Mr. Parnell made his post criticizing Stripes as "woke," the Washington Post reported that applicants for jobs at Stripes were being asked what they would do to support President Donald Trump's policies.

21. Also on the same day as Defendant Parnell's post on X, DoD rescinded the federal regulations protecting Stripes' editorial independence. Those regulations had been in place since April 22, 1994. The regulations were rescinded without affording any opportunity for public comment.

22. I was not consulted about the change to the regulations, nor was Stripes leadership.

23. On March 9, 2026, Defendant Feinberg published a memorandum on behalf of the DoD (the "March 9 Memo"). A true and correct copy of that memorandum is attached as **Exhibit 2** to this declaration.

24. The policy guidance in the March 9 Memo also made several changes to my position, including that I was now required to submit all reports intended for Congress through DoD Legislative Affairs Office before submitting to Congress.

25. I am also personally aware that Defendants' changes to Stripes' governance and operation gained the attention of several members Congress.

26. On April 8, 2026, Senators Warren, Blumenthal, Duckworth, Gallego, Hirono, and Kelly, all of the Senate Armed Services Committee, wrote a letter to Defendant Feinberg seeking an explanation for DoD actions to "attempt to undermine the editorial independence and First Amendment protections of *Stars and Stripes*." A true and correct copy of this letter is attached as **Exhibit 3** to this declaration.

27. On April 15, 2026, Representative Jamie Raskin and thirty-eight (38) of his peers wrote a similar letter to Defendant Hegseth expressing their concern about DoD changes related to Stripes. A true and correct copy of this letter is attached as **Exhibit 4** to this declaration.

**My April 8 Column**

28. On April 8, 2026, I published a column in Stripes entitled "*Stars and Stripes readers insist: Bring back our color comics!*" A true and correct copy of the April 8 Column is attached as **Exhibit 5** to this declaration.

29. In my article, I expressly noted that it was my opinion and not the position of Stripes. It was not reviewed for content or substance prior to its publication.

30. I was not required to write articles as part of my job duties, though I was given the opportunity to do so.

31. I did not write the article to try and improve my working conditions; instead, I saw it as my responsibility to alert readers to what I saw as threats to the newspaper's editorial independence.

32. In the April 8 Column, I decried the efforts by DoD to undermine Stripes' editorial independence and the free press generally. I made several statements accusing DoD of attempting to censor an independent news source.

33. It is my understanding that at least Mr. Parnell was aware of the April 8 Column and its contents.

**My Termination**

34. Less than two weeks after publishing the April 8 Column, I was terminated.

35. On April 21, 2026, Stripes' Publisher, Max Lederer, texted me to say we needed to talk. When we spoke, he notified me that my employment would be terminated immediately, as instructed by Mr. Parnell. However, my termination was technically effective as of April 28, 2026.

36. This was several months before my three-year term was set to expire.

37. Mr. Lederer informed me that he had not been given a reason for my termination.

38. During my tenure as Ombudsman, I had never been counseled on work performance, nor had I been the subject of any negative reviews.

39. Mr. Lederer showed me the termination form he had been provided by Mr. Parnell. It was a Department of the Army Form 3434, February 1989 edition. A true and correct copy of that form is attached as **Exhibit 6** to this declaration.

40. As Assistant to the Secretary of Defense for Public Affairs, Mr. Parnell was responsible for the oversight and operation of Stripes.

41. On April 23, 2026, Mr. Lederer sent an email to all Stripes staff expressing regret at my termination and distributing my own message of gratitude. In that message, Mr. Lederer also praised my performance as Stripes' Ombudsman. A true and correct copy of the content of that email is attached as **Exhibit 7** to this declaration. I have redacted my private email address from this copy.

42. Serving as the Stripes' Ombudsman was one of the best jobs I have had in my long career in journalism. It gave me a chance to work with gifted journalists committed to the highest ethical standards in reporting the news and supporting our nation's servicemembers.

43. Since my termination as Ombudsman, I have engaged in some freelance writing projects, but I have not been reemployed on a full time or contract basis.

44. I am currently represented by pro bono counsel.

45. I am still in touch with my former co-workers at Stripes. Some of my former colleagues are worried about the independence of Stripes and are afraid to speak out.

46. I am also informed that DoD has assigned a Naval Captain (Grade O-6) with Public Affairs responsibilities as an "Assistant Publisher" at Stripes. This is a new position that DoD leadership just created.

47. To my knowledge, as of the date below, the position of Ombudsman has still not been filled.

***I declare under penalty of perjury that the foregoing is true and correct.***

Executed this, the 20th day of August 2026.

Jacqueline R. Smith

Jacqueline R. Smith

# EXHIBIT 1

← **Post**



**Sean Parnell**
@SeanParnellASW

STATEMENT:

The Department of War is returning Stars & Stripes to its original mission: reporting for our warfighters.

We are bringing Stars & Stripes into the 21st century. We will modernize its operations, refocus its content away from woke distractions that syphon morale, and adapt it to serve a new generation of service members.

Stars & Stripes will be custom tailored to our warfighters. It will focus on warfighting, weapons systems, fitness, lethality, survivability, and ALL THINGS MILITARY. No more repurposed DC gossip columns; no more Associated Press reprints.

Stars & Stripes has a proud legacy of reporting news that's important to our service members. The Department of War is committed to ensuring the outlet continues to reflect that proud legacy.

9:09 AM · Jan 15, 2026 · **643.5K** Views

573 991 6.7K 173

# EXHIBIT 2

DEPUTY SECRETARY OF WAR
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAR - 9 2026

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
COMMANDERS OF THE COMBATANT COMMANDS
DEFENSE AGENCY AND DOW FIELD ACTIVITY DIRECTORS

SUBJECT: Modernization of Stars and Stripes Operations

Stars and Stripes (Stripes) has a long history of providing unofficial and independent news and information to Service members, and this function will continue. However, Stripes must modernize to remain relevant and viable in a digital age in which news and information are readily available globally. Due largely to technological developments and the global availability of information, the current environment is fundamentally different from the era in which Stripes was established to help U.S. Service members overseas maintain a connection to American society.

Stripes will continue as a Nonappropriated Fund Instrumentality of the Department of War Information Agency (DWIA), providing a multi-platform, global source of independent news and information to serve the morale, welfare, and readiness of the U.S. military community, especially those stationed overseas. Stripes exists pursuant to a valid requirement under Department of Defense (DoD) Instruction 1015.15, "Establishment, Management, and Control of Nonappropriated Fund Instrumentalities and Financial Management of Supporting Resources." With the U.S. military comprising an increasingly niche segment of the overall population, the primary justification for Stripes' continued existence is to deliver content, specifically relevant to Service members and their families, that is not usually covered by commercial media. Accordingly, there is no operational need to serve as a reprint vehicle for commercial news publications that are otherwise readily accessible.

The Assistant to the Secretary of War for Public Affairs (ATSW(PA)) will update the Department's policy governing Stripes, DoD Directive (DoDD) 5122.11, "Stars and Stripes (S&S) Newspapers and Business Operations," as expediently as possible. This policy will be reissued as a Department of War (DoW) Instruction under the ATSW(PA)'s policy purview in accordance with the DoW issuance process. This update will incorporate the guidance in this memorandum, the attached interim policy and procedures, and any other changes deemed necessary by the ATSW(PA) to modernize Stripes' operations to better serve the U.S. military community in accordance with DoW policy, all applicable laws, regulations, and other government-wide policies.

Stripes will immediately begin implementing the guidance in this memorandum and its attachment. The ATSW(PA), in coordination with the Director of the DWIA, will oversee Stripes' implementation of these changes and address any issues that may arise. In the event of any conflict with the currently published DoDD 5122.11, this guidance will supersede.

OSD002139-26/CMD002773-26

This modernization effort ensures that Stripes remains mission-focused, accountable, and capable of effectively serving the U.S. military community.

Attachment:
As stated

cc:
Stars and Stripes Publisher

**Stars and Stripes Interim Policy and Procedural Guidance**

**1. Policy.**

a. Stripes publishes accurate, fair, impartial, and credible news and information of specific interest to and for the benefit of the U.S. military community. Stripes is primarily focused on providing products that strengthen the morale, welfare, and readiness of Department of War (DoW) personnel and their families and that are not available through most commercial news media sources.

b. Stripes' editorial operations are independent of the military chain of command, military public affairs activities, or other external influences, and without censorship or propaganda, but they must comply with the guidance in Section 2 and the policies and procedures that prevent the disclosure of classified national security information or controlled unclassified information, would adversely affect national security, or clearly endanger the lives of U.S. personnel, in accordance with Department of Defense Instruction (DoDI) 5200.01, DoDI 5200.48, Department of Defense Manual (DoDM) 5200.01 and all other applicable, laws, regulations, and government-wide polices.

c. Stripes must modernize to remain relevant and viable in a digital age, which has made U.S. news and information readily available globally and is vastly different from past eras when Stripes was a necessary instrument to provide U.S. Service members overseas with U.S. news and information to help maintain their connection to American society. Stripes will embrace the principles of innovation, efficiency, and accountability that guide the modernization of the Department and ensure that Stripes continues to fulfill a valid requirement for the Department in accordance with Section 2 and DoDI 1015.15. Modernization efforts will enhance, not compromise, the core functions of Stripes:

(1) Stripes will operate as a fiscally sound and efficient business enterprise, fully accountable to DoW leadership for its budget, performance, and strategic modernization.

(2) Stripes' will operate with editorial independence, which protects content decisions from command influence; such independence will not be invoked to shield the organization from its responsibilities to perform effectively and efficiently while adhering to applicable Departmental policy guiding the valid requirements for which Stripes exists.

d. Stripes' content is to be provided at reasonable cost to the U.S. military community, comparable to the retail sales price of similar commercial news media content throughout the United States, to deliver the greatest access for its intended audience.

e. Stripes partially funds its mission in support of DoW through revenue-generating activities as a nonappropriated fund instrumentality (NAFI), a government entity that provides or assists the Secretaries of the Military Departments in providing programs for DoW personnel. Stripes is to be funded to the maximum extent possible through the sale and distribution of news and information products, authorized advertising, printing services, and other sources of revenue, as approved by the Assistant to the Secretary of War for Public Affairs (ATSW(PA)) or

Congress. Stripes APF support is to be kept to a minimum level consistent with its mission and the levels provided for in DoDI 1015.15. Stripes also may be authorized appropriated funding for news and information production and free distribution for members of the U.S. military community deployed during armed conflict, exercises, or in contingency environments.

f. Stripes briefings or reports to and non-newsgathering engagements with Congress must be coordinated beforehand with the Office of the Assistant Secretary of War for Legislative Affairs (OASW(LA)) within notification and review timelines they require in accordance with Department of Defense Directive (DoDD) 5142.01.

**2. Stripes Functions and Products.**

a. Stripes provides a multi-platform, global source of news and information that supports the morale, welfare and readiness of the U.S. military community, with a focus on those stationed overseas.

(1) Provides a "hometown-style" publication for the increasingly niche U.S. military community relative to the U.S. population at large by focusing on content relevant to the U.S. military community that is not usually covered by commercial news media sources, in accordance with Section 1.a.-b.

(2) Publishes objective original news stories developed through first-hand reporting by Stripes staff based around the world, in print and digital formats that are easily accessed by the reader.

(a) Stripes news products must provide the audience with neutral, accurate, and comprehensive coverage (i.e., provide context that prevents misrepresenting or oversimplifying issues) of issues relevant to DoW personnel.

(b) Stripes may not present its own editorial position, and its personnel may not use Stripes news coverage to advance an editorial position, point of view, or particular interest.

(c) Stripes is **prohibited** from purchasing or contracting for news stories, features, syndicated columns, comic strips, and editorial cartoons from commercial news media services or sources due to the digital availability of such content globally, unless an exception is approved by the ATSW(PA). An exception may be granted if justified by data that Stripes readers cannot readily obtain such content and it would advance Stripes' role in supporting the U.S. military community overseas to maintain its connection to American society, in accordance with Section. 1.c.

(d) While Stripes is a DoW-authorized news and information platform for the morale and welfare of its military audience, its products and services are unofficial and do not necessarily reflect the official views of, or endorsement by, the U.S. Government, the DoW, or subordinate command authorities. Stripes should republish articles or other content produced through DoW public affairs or other non-commercial news media channels, as the Stripes Publisher determines necessary to be responsive to Stripes readership needs. Such content will be clearly labeled as a public affairs product and include a byline noting the originating public affairs office or author.

(e) Stripes content must be consistent with good order and discipline of the military.

(f) Stripes may publish informational publications, such as overseas community guides for the U.S. military community and other materials regarding education opportunities, veteran benefits, financial planning, entrepreneur or job resources for military spouses, and other relevant topics.

b. Product Distribution.

(1) Stripes products may be distributed in keeping with accepted business practices, as needed to serve the worldwide U.S. military audience. Sales may be pursued using customary commercial news media practices.

(2) Stripes products may be provided to deployed forces without charge during exercises, wartime, or contingency operations, as requested by the Combatant Commanders.

c. Funding.

(1) As a NAFI, Stripes may receive NAF support through revenues from news publication sales (including print and digital subscriptions), archival materials, other Stripes informational products, advertising sales (including print and digital), job-shop printing, distribution of commercial publications and other sources of revenue authorized by DoDI 1015.15.

(2) Stripes products containing commercial advertisements must contain a prominent disclaimer that says: "The advertising presented within this product does not constitute endorsement by the DoW or Stripes of the products or services advertised. The products or services advertised will be made available for purchase, use, or patronage without regard to race, color, religion, sex, national origin, age, marital status, disability, or political affiliation.

**3. Stripes Publisher.**

a. Is a highly qualified senior DoW official with extensive experience in the journalism field.

b. Reports to the Director, Department of War Information Activity (DWIA) in accordance with DoDD 5105.74.

c. Manages and controls the day-to-day business, financial, operational, and administrative activities.

d. Manages the editorial content of Stripes in accordance with Sections 1 and 2.

e. Cooperates with the American Forces Network to convey information about each other's programs and services.

f. Serves as the final authority for resolution of nonappropriated fund (NAF) administrative grievances within Stripes.

g. Recommends Stripes Ombudsman candidates to the ATSW(PA) for approval.

h. Maintains the Stars and Stripes Advisory Group to oversee that Stripes is responsive to its audience and effectively fulfilling its established purposes in accordance with DoDI 1015.15.

(1) Appoints highly qualified full-time or permanent part-time federal officers or employees, or active-duty members of the Armed Forces to serve as members, with the concurrence of the ATSW(PA) and in accordance with DoDI 5105.18.

(2) As necessary, seeks non-member subject matter experts to provide the group with relevant industry perspectives that may aid Stripes' effectiveness and responsiveness to its audience.

i. Maintains data to verify that Stripes products are responsive to readership interests. Conducts regular readership surveys consistent with commercial news media market research practices and in accordance with DoDI 8910.01, Volume 2 of DoDM 8910.01, and DoDI 1100.13.

j. Employs NAF, APF civil service, host nation local national, third country national, and military personnel, subject to the laws, regulations and policies applicable to their respective employment status. May authorize employment concepts used in the commercial news media industry where consistent with applicable federal law and policy and necessary and appropriate for mission accomplishment.

k. Approves a civilian clothing allowance for Stripes military reporters, when considered appropriate, in accordance with the policies, regulations, and procedures established by DoDI 1338.18 and the reporter's parent military service.

l. Oversees compliance of Stripes information technology systems with DoDI 1015.16.

m. As needed, enters into support agreements in coordination with the Director, DWIA, and in accordance with DoDI 4000.19.

n. The Stripes Publisher may redelegate these authorities as appropriate in writing, except as prohibited by law or applicable DoW policies.

**4. Stripes Ombudsman.**

a. Is a highly qualified news media professional hired from outside of the DoW selected by the ATSW(PA).

b. Advises the Stripes Publisher and DoW leadership on matters relating to Stripes audience interests or concerns and journalistic and editorial practices to aid Stripes in providing a free flow of information relevant to the U.S. military community that cannot be readily obtained from commercial news media sources in accordance with Section 1.a.

c. In coordination with the Stripes Publisher, the ATSW(PA) and the OASW(LA), produces briefings, reports, or other updates for congressional oversight authorities, based on his or her

professional media industry experience, regarding the quality, need, and relevance of information provided to the U.S. military community via Stripes in accordance with Section 1.f. The Stripes Ombudsman provides such materials to OASW(LA) for transmittal to Congress.

**5. Stripes Editorial Staff and Reporters.**

a. Stripes' reporters and editorial staff are DoW personnel authorized to gather and report news about the DoW and the U.S. military community.

(1) They are authorized to ask questions of DoW officials, seek help, have access, and attend gatherings or events available to reporters from the commercial news media.

(2) Stripes reporters with access to DoW installations (because of their status as DoW personnel) are authorized to cover events or activities open to those with installation access even though commercial news media may not have the same unescorted access; information published about or resulting from such events or activities is still subject to the requirements of Section 1.b.

(3) Stripes reporters are eligible for participation in DoW-sponsored national, regional and local media pools.

b. Although newsgathering is investigative by nature, Stripes is not an authorized investigative agency, such as a military criminal investigative organization, other DoW investigative body, or an office of Inspector General, and does not conduct official investigations on behalf of DoW. Stripes reporters may, however, report on such official DoW investigations, as well as investigations by outside organizations, as relevant to the U.S. military community.

c. As DoW employees, Stripes reporters and editorial staff members must adhere to the DoW personnel policies that may not usually apply to journalists employed by commercial news media, including DoDD 5500.07 and the Joint Ethics Regulation and all other applicable DoW policies and Federal laws and regulations, and any applicable Status of Forces Agreements.

d. Commanders and public affairs staffs will honor the intent of DoW to provide a free flow of timely and accurate information when responding to queries from Stripes reporters and will not block the release of, or access to, otherwise releasable news, information, or events, in accordance with DoDD 5122.05, DoDI 5400.11, and DoDM 5400.07.

e. Stripes employees may submit a Freedom of Information Act request to a DoW Component in their individual capacities when **not** acting on behalf of Stripes. Prior to submitting a Freedom of Information Act request on behalf of any non-Federal entity, Stripes employees should consult with their local ethics counsel regarding the representational restrictions in Sections 203 and 205 of Title 18, United States Code. Stripes employees may demonstrate outside journalistic credentials by self-certifying as a freelance journalist who is not acting on behalf of any other non-Federal entity in accordance with DoDD 5500.07, Manual for Courts-Martial United States, and the Joint Ethics Regulation, to qualify as members of the news media for purposes of Freedom of Information Act determinations concerning fees or expedited processing.

## 6. References


Department of War Standards of Conduct Office, "Joint Ethics Regulation," current edition

DoD Directive 5105.74, "Defense Media Activity," September 13, 2023

DoD Directive 5122.05, "Assistant to the Secretary of Defense for Public Affairs (ATSD(PA))," August 7, 2017

DoD Directive 5142.01, "Assistant Secretary of Defense for Legislative Affairs (ASD(LA))," September 15, 2006

DoD Directive 5500.07, "Ethics and Standards of Conduct," May 15, 2024

DoD Instruction 1015.15, "Establishment, Management, and Control of Nonappropriated Fund Instrumentalities and Financial Management of Supporting Resources," October 31, 2007, as amended

DoD Instruction 1015.16, "Nonappropriated Fund Instrumentalities Information Technology Policies and Procedures," March 18, 2022, as amended

DoD Instruction 1100.13, "DoD Surveys," January 15, 2015, as amended

DoD Instruction 1338.18, "Armed Forces Clothing Monetary Allowance Procedures," January 7, 1998

DoD Instruction 4000.19, "Support Agreements," December 16, 2020

DoD Instruction 5105.18, "DoD Intergovernmental and Intragovernmental Committee Management Program," July 10, 2009, as amended

DoD Instruction 5200.01, "DoD Information Security Program and Protection of Sensitive Compartmented Information (SCI)," April 21, 2016, as amended

DoD Instruction 5200.48, "Controlled Unclassified Information (CUI)," March 6, 2020

DoD Instruction 5400.11, "DoD Privacy and Civil Liberties Program," January 29, 2019, as amended

DoD Instruction 8910.01, "DoD Implementation of the Paperwork Reduction Act," December 5, 2022

DoD Manual 5200.01, "DoD Information Security Program," February 24, 2012, as amended

DoD Manual 5400.07, "DoD Freedom of Information Act (FOIA) Program," January 25, 2017

DoD Manual 8910.01, Volume 2, "DoD Information Collections Manual: Procedures for DoD Public Information Collections," June 30, 2014, as amended

Manual for Courts-Martial United States, 2024 edition

United States Code, Sections 203 and 205, Title 18

# EXHIBIT 3

# United States Senate

WASHINGTON, DC 20510

April 8, 2026

The Honorable Steve Feinberg
Deputy Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301

Deputy Secretary Feinberg,

We write regarding the Department of Defense's (DoD) attempt to undermine the editorial independence and First Amendment protections of *Stars and Stripes*. *Stars and Stripe*s, "the U.S. military's independent news source," has served millions of service members continuously since World War II, providing members of the armed forces with a credible, non-partisan source of news in times of peace and war.[1] DoD's new policy threatens the credibility of *Stars and Stripes*, and the reliable flow of unbiased news to service members, and contradicts decades of Congressional reforms that guarded against censorship at the paper.[2] We urge you to immediately rescind DoD's new policy and restore editorial independence guaranteed by the First Amendment to *Stars and Stripes*.

On March 9, 2026, you issued a memo that greatly expands the authority of a DoD political appointee into decision-making at *Stars and Stripes*, places new restrictions on its reporters, and limits civilian editors from contracting wire service stories that are of interest to service-members unless "approved by" a DoD political appointee, including sports and coverage of war zone areas.[3] The policy "will likely also stifle much of *Stars and Stripes*' daily newsgathering operations."[4] The memo further directs that "Stripes should republish articles or other content produced" by DoD's public affairs office and route Ombudsman reports to Congress through DoD's legislative affairs staff.[5]

These changes are in direct conflict with decades of Congressional reforms that addressed previous eras of censorship at the paper. When representatives received numerous reports of

[1] Stars and Stripes, "About Stars and Stripes," https://www.stripes.com/about-us/; Associated Press, "Defense Department says military newspaper Stars and Stripes must eliminate 'woke distractions'," David Bauder, January 15, 2026, https://apnews.com/article/stars-stripes-pentagon-trump-hegseth-3bcc613b19a92587b16ce5d9adddffec.
[2] *Id.*
[3] U.S. Deputy Secretary of Defense, "Modernization of Stars and Stripes Operations," memorandum, March 9, 2026, https://s3.documentcloud.org/documents/27880913/modernization-of-stars-and-stripes-operations-osd002139-26-res-final.pdf; Stars and Stripes, "Pentagon plan expands oversight of Stars and Stripes, limits content," Rose L. Thayer, March 13, 2026, https://www.stripes.com/theaters/us/2026-03-13/pentagon-modernization-plan-stars-and-stripes-21051529.html.
[4] NPR, "Pentagon tightens controls over Stars and Stripes after calling it "woke"," Maria Aspan, March 14, 2026, https://www.npr.org/2026/03/14/nx-s1-5748020/pentagon-tightens-controls-over-stars-and-stripes-after-calling-it-woke.
[5] U.S. Deputy Secretary of Defense, "Modernization of Stars and Stripes Operations," memorandum, March 9, 2026, pp.4-7, https://s3.documentcloud.org/documents/27880913/modernization-of-stars-and-stripes-operations-osd002139-26-res-final.pdf.

military personnel attempting to "suppress unfavorable news" at *Stars and Stripes* in the 1980s,[6] Congress ordered investigation into censorship at the paper.[7] Military commanders were found to have "repeatedly attempted to influence the reporting of news" and that "public affairs officers… caused stories to be withheld."[8] Overall, military editors published significantly fewer stories that presented "a negative image of DOD" or "politically sensitive topics" as compared to commercial papers, limiting coverage on the AIDs crisis, the Iran-Contra affair, and mismanagement at DoD.[9]

In response to the evidence of military censorship uncovered in its investigation, Congress called for the establishment of an independent ombudsman to report directly to Members, which proved its value as an important bulwark against future instances of censorship when an Air Force colonel was found to have "violated military regulations by manipulating the paper's news content."[10] On April 22, 1994, DoD formally codified many of Congress's recommendations to protect *Stars and Stripes* including the appointment of a civilian editor in chief and the insulation of editorial decision-making from DoD officials.[11] Over the years, Congress has continued to affirm *Stars and Stripes*' editorial independence.[12] When DoD leadership attempted to eliminate *Stars and Stripes* in 2020, Congress passed additional protections against the Department's ability to shut the paper down.[13]

But in January 2026, DoD rescinded editorial protections which have stood for more than 30 years.[14] At the time, we urged the Department to support *Stars and Stripes*' editorial independence guaranteed by the First Amendment, and codified through Congressional reforms and DoD policy.[15] Instead, you introduced new restrictions that could once again lead to censorship at the paper.[16]

---

[6] U.S. House of Representatives, "FREEDOM OF THE DEPARTMENT OF DEFENSE PRESS ACT [Remarks by Representative Glenn English]," August 4, 1987, p. 61 (22280), https://www.congress.gov/100/crecb/1987/08/04/GPO-CRECB-1987-pt16-4-2.pdf; U.S. Senate, "FREEDOM OF THE DEPARTMENT OF DEFENSE PRESS ACT [Remarks by Senator William Proxmire]," May 5, 1987, p. 58 (11094), https://www.congress.gov/100/crecb/1987/05/05/GPO-CRECB-1987-pt9-1-1.pdf.
[7] National Defense Authorization Act for Fiscal Years 1988 and 1989, Public Law 100-180, Section 321, https://www.congress.gov/bill/100th-congress/house-bill/1748/text.
[8] U.S. Government Accountability Office, "Stars and Stripes: Inherent Conflicts Lead to Allegations of Military Censorship," December 14, 1988, pp. 3-5. https://www.gao.gov/assets/nsiad-89-60.pdf.
[9] *Id*, pp. 4-5; 39; 83; 88; 90.
[10] House Armed Services Committee Report on the FY1990 -1991 National Defense Authorization Act, H. Rept. 101-121, July 1, 1989, p. 10; Associated Press, "Pentagon Report Rips Management of Military Newspaper," Robert Burns, February, 20, 1990 [On file with the Office of U.S. Senator Elizabeth Warren].
[11] 59 CFR 19137; U.S. Government Accountability Office, "Stars and Stripes: Inherent Conflicts Lead to Allegations of Military Censorship," December 14, 1998, https://www.gao.gov/products/nsiad-89-60.
[12] National Defense Authorization Act for Fiscal Year 2013, Public Law 112–239, Section 593.
[13] National Defense Authorization Act for Fiscal Year 2021, Public Law, 116-283, Section 643; Politico, "Pentagon orders shutdown of Stars and Stripes newspaper," Associated Press, September 4, 2020 https://www.politico.com/news/2020/09/04/pentagon-halts-stars-and-stripes-newspaper-408945.
[14] U.S. Department of Defense, Federal Register Notice, "Stars and Stripes Media Organization," January 15, 2026, https://www.federalregister.gov/documents/2026/01/15/2026-00695/stars-and-stripes-media-organization.
[15] Letter from U.S. Senators Elizabeth Warren, Richard Blumenthal, Mazie Hirono, et al. to Secretary of Defense Pete Hegseth, January 16, 2026, https://www.veterans.senate.gov/services/files/550DF8D5-B719-40E6-B3B3-382831111795.
[16] TexasMetroNews, "Pentagon's Press Panic Threatens August Stars and Stripes," Clarence Page, March 30, 2026, https://texasmetronews.com/113875/pentagons-press-panic-threatens-august-stars-and-stripes/.

Your attempted overhaul of *Stars and Stripes* is even more troubling because it occurs when thousands of deployed service members and their families rely on the paper as a uniquely knowledgeable and independent source of information about activities on the battlefield and elsewhere in the Department. It is also concerning in light of this administration's broader unconstitutional attacks on the First Amendment rights of news organizations at the Pentagon. In 2025, DoD pushed out dozens of media organizations across the political spectrum - including *Fox News, The New York Times,* and *The Wall Street Journal* - when they refused to comply with prohibitive restrictions on members of the press.[17] DoD's press policy was deemed unconstitutional for violating bedrock First Amendment protections and engaging in viewpoint discrimination, favoring reporters that wrote stories, "favorable to or spoon-fed by department leadership."[18] New press rules issued by the Department are similarly being challenged for violating the federal court's ruling.[19] Now, DoD is attempting to impose many of the same restrictions – reprinting DoD official statements as fact, restricting journalists' ability to conduct investigative journalism, and limiting access to DoD sources – on *Stars and Stripes*.[20]

The mission of *Stars and Stripes* to provide "independent news and information to the U.S. military community" is more important now than ever as tens of thousands of service members are deployed to the Middle East.[21] In times of war and limited access to media, *Stars and Stripes* is distributed freely to deployed troops – serving as a vital, independent link that keeps service members informed about the government and country for which they put their lives on the line.[22] DoD should immediately rescind restrictions on *Stars and Stripes*, restore the DoD policies that guaranteed the paper's editorial independence to be governed by First Amendment principles,[23] and respond to the included questions by April 22, 2026:

1. Why did DoD withdraw the DoD rule[24] that required *Stars and Stripes* to provide independent journalism to the military community under the principles of the *First Amendment*?

2. Who sits on the *Stars and Stripes* Advisory Group, and how were they selected?

---

[17] Associated Press, "Journalists turn in access badges, exit Pentagon rather than agree to new reporting rules," David Bauder, October 15, 2025, https://apnews.com/article/pentagon-press-access-hegseth-trump-restrictions-5d9c2a63e4e03b91fc1546bb09ffbf12.

[18] New York Times, "Judge Rules Pentagon Restrictions on Press are Unconstitutional," Erik Wemple, March 20, 2026, https://www.nytimes.com/2026/03/20/business/media/pentagon-press-restrictions-new-york-times.html; New York Times Company v. Department Of Defense, 25-04218, (2026).

[19] New York Times, "New York Times Accuses Pentagon of Defying Court Order," Erik Wemple, March 24, 2026, https://www.nytimes.com/2026/03/24/business/media/new-york-times-pentagon-court-order.html.

[20] U.S. Deputy Secretary of Defense, "Modernization of Stars and Stripes Operations," memorandum, March 9, 2026, pp.4-7, https://s3.documentcloud.org/documents/27880913/modernization-of-stars-and-stripes-operations-osd002139-26-res-final.pdf.

[21] Stars and Stripes, "Miscellaneous FAQ," https://www.stripes.com/help/miscellaneous-faq/.

[22] Stars and Stripes, "Ombudsman column: Risks and challenges of getting news of the war to Stripes' readers," Jacqueline Smith, March 10, 2026, https://www.stripes.com/opinion/2026-03-09/stripes-iran-war-news-21010401.html.

[23] 59 FR 19137

[24] Stars and Stripes, "Pentagon plan expands oversight of Stars and Stripes, limits content," Rose L. Thayer, March 13, 2026, https://www.stripes.com/theaters/us/2026-03-13/pentagon-modernization-plan-stars-and-stripes-21051529.html.

3. Which non-member subject matter experts has the *Stars and Stripes* Advisory Group consulted? Why were they consulted?

4. What *Stars and Stripes* articles has DoD determined were not "consistent with good order and discipline"? Has DoD withheld any stories from publication at *Stars and Stripes?*

5. How many Ombudsman reports have been sent to Office of the Assistant Secretary of Defense for Legislative Affairs office since the issuance of the March 9, 2026 order?
    a. Please provide all original copies of Ombudsman reports and Congressional correspondence from the Stars and Stripes ombudsman transmitted to OSDLA since the issuance of the March 9, 2026 Memo.
    b. Has DoD LA modified, redacted, or in any other manner altered the content of material provided by the Ombudsman to be directed to Congress since March 9, 2026?

6. How many waivers authorizing the reprint of commercial wire stories has DoD issued to *Stars and Stripes* since March 9, 2026?
    a. How many commercial wire stories have *Stars and Stripes* editors requested to be reprinted that have been denied by DoD leadership since March 9, 2026? Please provide a list of any such stories withheld from publication and the rationale for their removal.

7. Why were *Stars and Stripes* staff not included in decision-making of policy updates to Stars and Stripes management or notified of changes once they were issued?[25]
    a. Will any representatives of *Stars and Stripes* be included in the Department's efforts to update the policy regarding *Stars and Stripes*, DoD Directive (DoDD) 5122.11, as per the March 9, 2026 memo?

Thank you for your attention to this matter.

Sincerely,

Elizabeth Warren
United States Senator

Richard Blumenthal
United States Senator

---
[25] *Id.*

Tammy Duckworth
United States Senator

Ruben Gallego
United States Senator

Mazie K. Hirono
United States Senator

Mark Kelly
United States Senator

CC:
Max D. Lederer Jr., Publisher, *Stars and Stripes*
Erik Slavin, Editor in Chief, *Stars and Stripes*
Jacqueline Smith, Ombudsman, *Stars and Stripes*

# EXHIBIT 4

# Congress of the United States

## Washington, DC 20515

April 15, 2026

Pete Hegseth
Secretary
U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301

Dear Secretary Hegseth,

We write to express our great alarm about recent reports of political interference with the editorial independence of Stars and Stripes and restrictions placed on members of the Pentagon press corps.

A free and independent press is primary and indispensable to the functioning of our democracy. From the Civil War through today's military conflicts, Stars and Stripes has served as a trusted, nonpartisan source of news for servicemembers and their families around the world. Its huge reservoir of credibility rests on its editorial independence, protected by statute and longstanding Department of Defense policy. Congress created the position of Stars and Stripes ombudsman in the National Defense Authorization Act of 1991. The ombudsman is charged with safeguarding the editorial independence of the newspaper and reports directly to Congress, specifically to prevent interference from the Department.

The current ombudsman has forcefully denounced your Department's plans for Stars and Stripes in multiple interviews, raising the alarm about your announced changes and their consequences for the news organization. Any effort to censor, influence, control, or suppress the papers reporting raises profound constitutional and institutional problems.

Similarly, the Pentagon press corps plays a vital role in ensuring transparency and accountability within the Department of Defense. Limitations on press access, retaliation against journalists, and the imposition of viewpoint-based restrictions all undermine public trust and erode the principles of civilian oversight and democratic governance. These basic tenets of our democracy were reaffirmed by a federal judge who, on two separate occasions, found that your Department's draconian restrictions on the Pentagon press corps were unlawful. Your subsequent decision to defy the spirit of the court's rulings displays tremendous contempt for the rule of law and further raises doubts about this Administration's commitment to the basic Constitutional principles that Americans live by.

The First Amendment does not stop at the doors of the Pentagon. While operational security and the safety of our troops must always be safeguarded, these imperatives cannot be used as a

pretext for suppressing lawful journalism or discouraging critical reporting, especially during a time of war.

Accordingly, we ask that you provide clear and complete responses to the following questions and requests:

1. What is the process by which specific articles are altered, suppressed, or delayed by Stars and Stripes? Please provide documentation for every instance where articles have been altered, suppressed, or delayed.
2. What measures is the Department taking to come into full compliance with the court rulings affecting the Pentagon press corps, if any?
3. Please provide Congress with a copy of the March 9 memo that was issued by the Department regarding editorial oversight and content restrictions for Stars and Stripes.

Congress has a solemn responsibility to conduct oversight of the Department of Defense, and a free press is an essential partner in that effort. We urge you to reaffirm your commitment to transparency, accountability, and the free speech and free press principles that guide our nation.

We request a written response to these questions no later than May 11, 2026, and we are prepared to pursue further oversight measures as is necessary.

Thank you for your prompt attention to this matter.

Very truly yours,

Jamie Raskin
Member of Congress

Henry C. "Hank" Johnson, Jr.
Member of Congress

Andre Carson
Member of Congress

Eleanor Holmes Norton
Member of Congress

Joe Neguse
Member of Congress

Dave Min
Member of Congress

Maggie Goodlander
Member of Congress

Ro Khanna
Member of Congress

Veronica Escobar
Member of Congress

April McClain Delaney
Member of Congress

Danny K. Davis
Member of Congress

Chrissy Houlahan
Member of Congress

Chris Deluzio
Member of Congress

Jasmine Crockett
Member of Congress

George Latimer
Member of Congress

Steve Cohen
Member of Congress

Becca Balint
Member of Congress

Pramila Jayapal
Member of Congress

Susie Lee
Member of Congress

Eugene Simon Vindman
Member of Congress

Sanford D. Bishop, Jr.
Member of Congress

Jason Crow
Member of Congress

Maxine Dexter
Member of Congress

Ted W. Lieu
Member of Congress

Jonathan L. Jackson
Member of Congress

Stephen F. Lynch
Member of Congress

Morgan McGarvey
Member of Congress

Melanie Stansbury
Member of Congress

Marc A. Veasey
Member of Congress

Sarah Elfreth
Member of Congress

Sylvia R. Garcia
Member of Congress

Jill Tokuda
Member of Congress

Lois Frankel
Member of Congress

Dina Titus
Member of Congress

Suhas Subramanyam
Member of Congress

Mark DeSaulnier
Member of Congress

Sara Jacobs
Member of Congress

Diana DeGette
Member of Congress

Sean Casten
Member of Congress

# EXHIBIT 5

STARS AND STRIPES

OPINION

# Stars and Stripes readers insist: Bring back our color comics!

By **JACQUELINE SMITH**
STARS AND STRIPES OMBUDSMAN • April 8, 2026




The Secretary of Defense, through a March 9 memorandum and interim policy, "prohibited" Stars and Stripes from using "news stories, features, syndicated columns, comic strips and editorial cartoons from commercial news media." (Stars and Stripes)

*Contact Stars and Stripes ombudsman Jacqueline Smith at ombudsman@stripes.com.*

Pete Hegseth doesn't want you to see cartoons in this newspaper anymore. And loyal readers of Stars and Stripes are hopping mad. You don't mess with Sunday color comics.

The secretary of defense/war, through a March 9 memorandum and interim policy by Deputy Stephen Feinberg, **"prohibited"** Stars and Stripes from using "news stories, features, syndicated columns, comic strips and editorial cartoons from commercial news media." The word "prohibited" was put in boldface for emphasis by the Pentagon, not by me.

The memo ordered Stripes to "immediately" begin implementing the "guidance."

While Stripes is partially funded by the Defense Department and its staff are DOD employees, Congress mandated decades ago that it must operate with editorial independence from the military for the sake of transparency and credibility.

Stripes leadership discussed how to comply with the unwanted order. Reluctantly, they concluded the comic strips and other purchased syndicated material had to go.

After years of receiving eight pages of Sunday color comics (in the weekend editions on Fridays), readers on March 27 instead found a bleak message: “Due to a recent directive from the Department of Defense, Stars and Stripes is no longer permitted to utilize certain syndicated and third-party content.” Why? “It is the department’s determination that readers can readily access this content through other outlets.”

Tell that to the troops stationed around Iran — go track down eight pages of your favorite comics elsewhere.

In the message, Stripes welcomed feedback from readers. The response was swift, voluminous, and beyond disappointed.

“Seriously?!? The comics were cut? Why? It was the balancing feature of the paper that I so enjoyed. Please bring back this moment of levity.”

“Very unhappy about the changes and your inability to link to syndicated content. In the U.S. it may be easy to find the information elsewhere, but for those deployed just another example of the Administration not caring about the military.”

“The guys/gals in isolated assignments get one paper if lucky. Stars n Stripes is like sunshine on a rainy day. ’74-76 ROK Missile Site. These changes to ‘our paper’ are an insult to the citizen soldier.”

“As a retired Navy veteran, [I] feel the DOD directive smells like censorship. Will keep my subscription for now but if it turns into propaganda/biased news outlet I may reconsider. We fought for the Constitution and freedom. That includes transparency of our government and freedom of the press. As an American, I have a right to decide what I read.”

“I want my Sunday Comics. Why is that an issue? It’s called downtime for a reason.”

Most of the 152 comments I read were anonymous. More come in every day. To be fair, I must note that a few readers welcomed the jettisoning of syndicated material.

“Maybe if you had sources from a variety of outlets rather than primarily AP, a demonstrably political left organization ... the Pentagon would not have stepped in. I am not advocating to get rid of the AP but you should have tried a counterpoint. ... Not an administration apologist, but your arrogance is typical of what’s led to the current climate in political power. ... Even less likely to buy or read a single issue ever again.”

While most of the comments were related to the absence of comics, other readers objected overall to the prohibition against using syndicated material, such as news coverage from The Associated Press and Reuters. From my viewpoint as ombudsman, they rightly see it as censorship, an infringement on Stripes’ editorial independence.

I should note that this column is my opinion; no one at Stripes asked or encouraged me to write it. All of my ombudsman columns are copy edited for grammar and style with no changes to content before publishing.

What is happening with Stripes is within the broader context of the Pentagon attempting to restrict the mainstream media. At first it was by closing off areas of the complex where journalists previously had been able to go unescorted, then it followed last fall with the

demand for the press to sign an agreement essentially saying it would not use any information not authorized by the department. That's when more than two dozen journalists from mainstream media turned in their press badges and walked out. They still cover the news.

The wished-for changes to Stripes were signaled in a Jan. 15 post on X by Sean Parnell, a Pentagon spokesman with the title of Assistant to the Secretary of War (Public Affairs) in which he said Stripes would be "custom tailored to our warfighters. It will focus on warfighting, weapons systems, fitness, lethality, survivability, and ALL THINGS MILITARY."

Actually, Stripes has not wavered from that longtime mission. But the troops are more than instruments of "lethality" — they are thinking people who need unfiltered, unbiased news; many have families who need to know what's going on with education, health care and, yes, even recreation in their overseas communities.

A reader put it this way: "Perhaps the best part about reading the news is that there is a comic section to lighten the heart. If you want the paper to be read beyond this generation, add the comics back. My kids read the entertainment articles and comics. You'll lose the next generation if there are no comics."

And another: "I had four kids (8-14 yrs old) (and two adults) that were SUPER upset today when there were no weekend comics to read in the paper."

The March 9 memorandum and interim policy I mentioned at the beginning of this column put Parnell's post into an instruction. My concern is that it erodes Stripes' editorial independence in many unacceptable ways, the loss of comics one of them. And it charges Parnell with turning the "interim" policy into a permanent one.

One of the readers objecting to the loss of "Beetle Bailey" and "Garfield" and all the other comic strips in Stripes wondered if anyone was reading their comments. Yes, I have read them and so has Stripes leadership as well as the Publisher's Advisory Board comprised of journalism executives from around the country.

Pentagon leadership, which can do something about it, ought to read them, too.

**Subscribe to Stars and Stripes** Just 99c a week! SUBSCRIBE

Naval Academy Midshipmen participate in Fleet Marine Force...

D-Day festivities brings soldiers and families together

Gecko Robotics shows new robot scanning on Navy flight decks

Only Revolutionary War naval ship ready for 250th celebration

Army looks toward AI to speed up resupplies and eliminate...

# EXHIBIT 6

# NOTIFICATION OF PERSONNEL ACTION

## Nonappropriated Funds Employee

For Use of this form see AR 215-3; the proponent agency is DCSPER

1. NAME(CAPS) (Last, First, Middle Initial) (Mr or MS): SMITH, JACQUELINE R.

2. CITIZENSHIP(1 - US; 2- Non-US Citizen; 3 - Local National;): 1

3. DATE OF BIRTH (Yr, Mo, Day): 1984 DEC 14

4. SSN: 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

5. MILITARY STATUS(1 - ODM;2 - Retired; 3 - None: 3

6. DEPENDENT STATUS(1 - Military; 2 - Civilian; 3 - None): 3

7A. SCD - LEAVE: 0000 000 00

B. SCD - LOS: 2023 DEC 18

8. VETERAN'S PREFERENCE? Y - Yes N - No: N

9. SPOUSE EMPLOYMENT PREFERENCE? Y - Yes N - No: N

10. FAIR LABOR STANDARD ACT (FLSA) 1- Exempt; 2 - Nonexempt: N

11A. CODE: A042

B. NATURE OF ACTION (Including employment category): Separation-From Flexible Appointment FLEX

12. EFFECTIVE DATE: 2026 APR 28

13. FROM: (Position Title, Number and Authorization Number): OMBUDSMAN 10999-4907419 IP-UB-N400

14. PAY PLAN AND OCCCODE: NF-0301

15A. GRADE: 05

B. STEP OR RATE: 00

16. ANNUAL SALARY OR HOURLY RATE: $136,726.00PA

17A. CODE/NAME AND LOCATION OF EMPLOYING NAFI: STARS & STRIPES STARS & STRIPES

17B. STANDARD NAFI NUMBER: IP6UBN400

18. TO: (Position Title, Number and Authorization Number):

19. PAY PLAN AND OCCCODE:

20A. GRADE:

B. STEP OR RATE:

21. ANNUAL SALARY OR HOURLY RATE:

22A. CODE/NAME AND LOCATION OF EMPLOYING NAFI:

22B. STANDARD NAFI NUMBER:

23. DUTY STATION: BETHEL / FAIRFIELD / CONNECTICUT

24. LOCATION CODE: 09-0050-001

25. REMARKS

Action Authority: AR 215-3, Ch. 2-19b.

Forwarding Address: 12 Bethpage Drive, Bethel, CT 06801.

This action is without prejudice and does not preclude the employee from being hired by another NAFI activity.

This action is not grievable.

Your records will be retained at NAF Personnel Records Center, 1 Rock Island Arsenal Bid. 131 Ste 105. Rock Island, IL 61299 until 27-APR-2027. After that date, they will be sent to National Personnel Records Center, (Civilian Personnel Records), 1411 Boulder Boulevard, Valmeyer, IL 62295.

26. SERVICING CCPO (Complete Address): CHRA-CHN-ARA Army Staff and Field Operating Agencies

27. SIGNATURE (or other authentication) AND TITLE: Shanterra S. Bradley CHIEF, NAF PERSONNEL RECORDS CEN' DESIGNATED APPOINTING OFFICAL

28. DATE: 20 APR 2026

DA FORM 3434, FEB 89 EDITION OF AUG 86 MAY BE USED

1.EMPLOYEE COPY 2.PAYROLL COPY 3.RETIREMENT COPY 4.OPF COPY 5.CHRONO COPY 6.SUPERVISOR COPY

# EXHIBIT 7

**From:** Sherman, Valerie <Sherman.Valerie@stripes.com>
**Sent:** Thursday, 23 April 2026 22:26
**To:** SSC ALL JSB <SSCJSB@stripes.com>; SSP ALL <PSSALL@stripes.com>; SSEAll <SSEAll@stripes.com>
**Subject:** Ombudsman Announcement

On behalf of the Publisher,

Stripes Team,

Unfortuantley I have the unhappy role of letting you know the Ombudsman Jacky Smith will no longer be with Stripes in that role. Below is her note that she asked to be sent to all of you.

The Ombudsman role is unique in that it remains independent of *Stripes*governance, as directed by Congress to provide vital oversight of both our journalism and the Department of War's regulatory management.

Throughout her tenure, Jacky has been exceptionally diligent and thoughtful. Her assessments have consistently been delivered in the spirit of advancing our mission and upholding our core values. I am deeply thankful for her willingness to embrace such a challenging role, as well as for the openness and directness she brought to her communications with our staff. I wish her the very best in all her future pursuits.

The Assistant to the Secretary of War for Public affairs has directed a search for a replacement. I am beginning that process immediately to minimize the time that there is no one in the role. The selecting official for the Ombudsman is the Assistant to the Secretary of War for Public Affairs.

Thank you for your patience and understanding.

Max

---

Dear Stripes staff,
When ATSD/W (PA) Sean Parnell called for a "refocus" for Stripes in a Jan. 15 post on X, I kicked into high gear. The responsibility of the Stripes ombudsman is to protect the editorial independence of the news organization — the "refocus" threatened it.
I spoke out through several columns, in media interviews, to contacts in the Senate and House Armed Services committees and to the many free press organizations that care about the First Amendment.
The Pentagon fired me this week and called for immediate administrative leave. No reason was given.
I knew it was risky to speak out, but my responsibility to Stripes and the First Amendment was paramount.
It has been my great honor to serve as your ombudsman for the past two-and-a-half years. As I've gotten to know many of you, personally or through your bylines and your work, I have grown impressed with your talents, professionalism and commitment to providing

unbiased information to the military community. I thank you for welcoming me to D.C., Kaiserslautern and Tokyo. My ombudsman email is deactivated; you are welcome to contact me at [redacted]@gmail.com
Please know that there are many people and organizations out there supporting your efforts. Stay grounded in your journalism values, stay grounded in your mission.
Very respectfully and with gratitude,
Jacky