# Exhibit 2 to Plaintiff's Motion for Preliminary Injunction

Department of Defense

# DIRECTIVE

**NUMBER** 5122.11
October 5, 1993
Certified Current as of March 5, 2004
Incorporating Change 3, March 7, 2025

ASD(PA)

SUBJECT: Stars and Stripes (S&S) Newspapers and Business Operations

References: (a) DoD Directive 5122.10, "American Forces Information Service," March 13, 1989
(b) DoD Directive 5122.5, "Assistant Secretary of Defense for Public Affairs," March 29, 1996
(c) DoD Directive 1015.1, "Establishment, Management, and Control of Nonappropriated Fund Instrumentalities," August 19, 1981
(d) through (aa), see enclosure 1

## 1. PURPOSE

This Directive:

1.1. Establishes policy, assigns responsibilities, and prescribes procedures for the S&S organizations owned by designated Unified Combatant Commands consistent with reference (a).

1.2. Authorizes the establishment, management, operation, and oversight of the STARS AND STRIPES, including the production, distribution authority, and business operations as mission-essential activities of the Department of Defense and the designated Unified Combatant Commands.

1.3. Designates the Director, American Forces Information Service, as the DoD Executive Agent for the S&S.

1.4. Authorizes the Commander in Chief, U.S. European Command, and the Commander in Chief, U.S. Pacific Command, to establish and maintain a S&S board of directors to address S&S business operations in their Unified Combatant Commands.

2. APPLICABILITY

This Directive applies to the Office of the Secretary of Defense, the Military Departments (including the National Guard), the Chairman of the Joint Chiefs of Staff, the Unified Combatant Commands, the Inspector General of the Department of Defense (IG, DoD), the Defense Agencies, and the DoD Field Activities (hereafter referred to collectively as "the DoD Components"). The term "the Military Services," as used herein, refers to the Army, the Navy, the Air Force, and the Marine Corps.

3. DEFINITIONS

Terms used in this Directive are defined in enclosure 2.

4. POLICY

It is DoD policy that:

4.1. The U.S. European Command and the U.S. Pacific Command are authorized to publish the STARS AND STRIPES and provide support to the S&S. The Unified Combatant Command component commanders and their public affairs staffs shall provide the STARS AND STRIPES editorial staffs the same help provided to commercial newspapers, in compliance with the principles governing the release of information to media in DoD Directive 5122.5 (reference (b)).

4.2. Editorial policies and practices of the STARS AND STRIPES shall be in accordance with journalistic standards governing U.S. daily commercial newspapers of the highest quality, with emphasis on matters of interest to the STARS AND STRIPES readership. Except as provided in paragraph 4.5., below, the DoD policy for the STARS AND STRIPES is that there shall be a free flow of news and information to its readership without news management or censorship. The calculated withholding of unfavorable news is prohibited.

4.3. The S&S are basically self-sustaining operations. Each S&S shall be administered in accordance with DoD Directive 1015.1 (reference (c)) as a joint-Service nonappropriated fund (NAF) instrumentality (NAFI) in its Unified Combatant Command, except where different procedures are specified in this Directive. Funding shall be provided through newspaper sales, authorized advertising, job printing, and appropriated fund (APF) support as authorized by this Directive, DoD Directive 1015.6 (reference (d)), and DoD Instruction 1330.18 (reference (e)). The STARS AND STRIPES provide important news and information to U.S. personnel and their families stationed overseas while generating NAF revenues.

4.4. The STARS AND STRIPES personnel procedures shall differ from commercial newspapers only because the S&S are U.S. Government organizations that are required to operate in accordance with the following:

4.4.1. DoD Directive 5500.7 (reference (f)), other Federal laws and DoD Directives that affect all DoD employees, and the MCM, 1984 (reference (g)), for S&S military personnel on active duty.

4.4.2. National security constraints prescribed by E.O. 12958 (reference (h)).

4.4.3. Overseas status of forces agreements (SOFAs), where applicable.

4.5. The only circumstances under which news or information that is not in the public domain may be directed to be withheld from publication in the STARS AND STRIPES by a Unified Combatant Command Commander in Chief (CINC) are when such publication:

4.5.1. Involves disclosure of classified national security information.

4.5.2. Would adversely affect national security.

4.5.3. Clearly endangers the lives of U.S. personnel.

(Those circumstances in subparagraphs 4.5.1. through 4.5.3., above, may not be construed to permit the calculated withholding of news unfavorable to the Department of Defense, the Military Services, or the U.S. Government. Only the Unified Combatant Command CINC may authorize withholding of news or information from the STARS AND STRIPES. When the CINC directs withholding of publication, the Unified Combatant Command shall immediately inform the Assistant Secretary of Defense (Public Affairs) (ASD(PA)) by telephone and then forward an immediate precedence, appropriately classified, message to the following: SECDEF Washington DC//OASD-PA, with information copies to the Director, AFIS, and the Special Assistant for Public Affairs to the Chairman of the Joint Chiefs of Staff. The CINC may include the appropriate "AMEMBASSY" as an information addressee.)

4.6. Sensitivities of host nations shall not be a reason to withhold any story from publication in the STARS AND STRIPES. The Unified Combatant Command theater host-nation sensitivity lists prepared for the Armed Forces Radio and Television Service (AFRTS) shall not be used to restrict the content of the STARS AND STRIPES. If representatives of other governments show an interest in, or concern about, the content of the STARS AND STRIPES, they shall be informed that:

4.6.1. The STARS AND STRIPES does not represent the official position of the U.S. Government, including the Department of Defense or the Unified Combatant Command.

4.6.2. The STARS AND STRIPES is an unofficial, abstracted collection of commercial news and opinion available to commercial newspapers in the United States, along with STARS AND STRIPES editorial staff-generated DoD, command, and local news and information. The STARS AND STRIPES provides this information to the members of the Department of Defense and their family members serving overseas, as do commercial daily

newspapers that are published and sold throughout the United States in keeping with the principles of the First Amendment to the U.S. Constitution.

4.7. APFs shall be provided, when required by adverse conditions or special circumstances as defined in enclosure 2, by the Military Services, as agreed on through a memorandum of agreement (MOA) detailing the shared responsibilities, and as approved by the OSD and the Unified Combatant Commands.

5. RESPONSIBILITIES

5.1. The Assistant Secretary of Defense (Public Affairs), under DoD Directive 5122.5 (reference (b)), as the principal staff assistant to the Secretary of Defense for internal information policy and programs, including S&S matters, shall:

5.1.1. Provide policy and broad operational guidance to the Director of the AFIS.

5.1.2. Monitor and evaluate the overall effectiveness of the policies in section 4., above, and procedures in section 6., below.

5.2. The Director, American Forces Information Service, under DoD Directive 5122.10 (reference (a)), shall:

5.2.1. Provide administrative and financial direction, as the DoD Executive Agent, to the S&S organizations.

5.2.2. Develop, issue, and oversee the implementation of policies and procedures for the Unified Combatant Commands and the Military Departments for the operation of the S&S.

5.2.3. Provide business and policy counsel on the mission performance and financial operations of the S&S.

5.2.4. Serve as the DoD POC with the Congressional Joint Committee on Printing (JCP) for S&S matters.

5.2.5. In coordination with the Chairman of the Joint Chiefs of Staff and the ASD(PA), provide broad and overall planning guidelines to the Unified Combatant Commands for S&S wartime operations that involve more than one area of responsibility.

5.2.6. Chair, as required, at the Deputy Assistant Secretary of Defense level, or above, the steering committee providing guidance to the S&S Management Action Group (MAG).

5.2.7. Select and employ the S&S Ombudsman.

5.3. The Secretaries of the Military Departments shall:

5.3.1. Nominate the most highly qualified military personnel for positions in the S&S in accordance with enclosure 5.

5.3.2. Enter into appropriate MOAs, as approved by the Unified Combatant Commands and, as required by the OSD, to provide APF and/or NAF support when required by adverse conditions, as defined in enclosure 2.

5.4. The Secretary of the Army shall:

5.4.1. Support NAF and APF accounting and financial reporting procedures required by DoD Instruction 7000.12 (reference (i)) and Volume 13, DoD 7000.14-R (reference (j)), in coordination with the Unified Combatant Commands and the Director of the AFIS.

5.4.2. Designate the successor-in-interest to the S&S, as agreed upon by the applicable Unified Combatant Command and the Director of the AFIS.

5.5. The Commander in Chief, U.S. European Command, and the Commander in Chief, U.S. Pacific Command, shall:

5.5.1. Authorize a STARS AND STRIPES newspaper, provide operational direction to the S&S commander-publisher, and support the S&S throughout the Unified Combatant Command area of responsibility, consistent with each organization's status as a category B NAFI.

5.5.2. Provide Unified Combatant Command regulations and guidance, as needed, to carry out this Directive.

5.5.3. Establish procedures to resolve situations wherein a U.S. Ambassador (or, if so designated, the chief of mission) believes a specific issue in his or her nation of responsibility, not already in the public domain through other news sources, would violate national security or endanger the safety of American citizens, or other persons under their jurisdiction, if it were to be published in the STARS AND STRIPES.

5.5.4. Select the S&S commander-publisher and other military officers in S&S positions.

5.5.5. Aid the S&S commander-publisher to educate the STARS AND STRIPES editorial staff about the missions of their Unified Combatant Command and Military Service component commands.

5.5.6. Approve the selection of the STARS AND STRIPES editor.

5.5.7. Establish and maintain a S&S board of directors to address S&S business operations. (See enclosure 7.)

5.5.8. Establish and maintain STARS AND STRIPES readership forums, which may take many forms, to address STARS AND STRIPES matters of interest. Those forums are to provide community feedback to the S&S. This will enable the S&S commander-publisher and the STARS AND STRIPES editor to better understand and, thereby, better serve the interests and needs of the readers.

5.5.9. At the discretion of the Unified Combatant Command CINC, provide for meetings between the S&S commander-publisher and the STARS AND STRIPES editor, the Unified Combatant Command public affairs office, and the Unified Combatant Command component commands, represented by their directors of public affairs, to discuss the performance of the STARS AND STRIPES and the performance of related public affairs operations. The Unified Combatant Commands, their component commands, and the S&S may invite any attendees they choose. Representatives from the AFIS may attend. Those meetings may not serve as editorial advisory boards. The Unified Combatant Command and component commands represent the principal source, and a prominent subject, of STARS AND STRIPES staff-generated news coverage. Consequent, any involvement or appearance of involvement by component command staffs in the STARS AND STRIPES editorial policy creates an unacceptable conflict of interest damaging to the editorial integrity and credibility of the STARS AND STRIPES.

5.5.10. Ensure that the S&S Commander-publisher:

5.5.10.1. Assumes the duties and responsibilities of command, leadership, management, and training for the S&S.

5.5.10.2. Executes DoD and Unified Combatant Command policy.

5.5.10.3. Is responsible to the Unified Combatant Command CINC for S&S operations to include the newspaper publication and timely circulation, job printing activities, and associated distribution systems in the relevant Unified Combatant Command area of responsibility.

5.5.10.4. Provides planning and execution of initiatives to ensure support of U.S. Armed Forces during contingency operations and armed conflict. The S&S commander-publisher shall identify wartime and contingency S&S personnel asset requirements to the Unified Combatant Command CINC to fulfill the Unified Combatant Command force responsibilities during armed conflict.

5.5.10.5. Selects the STARS AND STRIPES editor.

5.5.10.6. Approves, in coordination with the STARS AND STRIPES editor, military personnel selectees for the STARS AND STRIPES editorial staff. (See enclosure 5.)

5.5.10.7. Provides a current status briefing and 2-year financial forecast to the Director of the AFIS at the annual AFIS S&S meeting. Provides support to the S&S board of directors, as required in enclosure 7.

5.5.10.8. Conducts frequent independent readership surveys, in accordance with DoD Instruction 1100.13 (reference (k)), and readership focus groups to gather information.

5.6. The Other Unified Combatant Commanders in Chief shall ensure that their deployment exercise, contingency, and war-time planning documents reflect the S&S transportation, funding or reimbursement, and in-theater distribution requirements, as applicable. Information copies of such planning documents or annexes shall be furnished to the following:

5.6.1. U.S. European Command (ATTN: Director, Public Affairs).

5.6.2. U.S. Pacific Command (ATTN: Director, Public Affairs).

5.6.3. The AFIS (ATTN: Director, Print Media).

## 6. PROCEDURES

### 6.1. General

6.1.1. Authority to establish or disestablish S&S operations is from the Secretary of Defense through the ASD(PA) and the Director of the AFIS. The Unified Combatant Commands shall forward such requests to the Director of the AFIS, as required.

6.1.2. Classified information shall be protected in accordance with DoD Directive 5200.1 and DoD 5200.1-R (references (l) and (m)).

6.1.3. The STARS AND STRIPES and the S&S business operations shall conform to applicable regulations and laws involving libel, copyright, U.S. Government printing and postal regulations, and DoD personnel policies and procedures.

6.1.4. With the concurrence of the Unified Combatant Command, the S&S is authorized direct communication with the Military Services on S&S personnel matters and with the Department of the Army on S&S financial matters. The S&S shall keep the Unified Combatant Command and the AFIS informed of all actions.

### 6.2. Management Review and Evaluation

6.2.1. The Director of the AFIS provides business counsel, assistance, and policy oversight for the S&S. The Director of the AFIS shall meet annually with the Unified Combatant Command representatives, to include the S&S commander-publisher, and senior DoD officials who have S&S responsibilities, such as the S&S Management Action Groups (MAG).

6.2.2. The Director of the AFIS shall be assisted by a S&S MAG composed of senior representatives from the AFIS, the Office of the Assistant Secretary of Defense (Force Management Policy) (OASD(FMP)), and the other DoD offices with the authority and expertise to aid in solving S&S problems. As needed, the Director of the AFIS may organize a DoD steering committee to oversee and aid the S&S MAG to address specific concerns identified by the Director of the AFIS and the Unified Combatant Command CINCs.

6.2.3. In accordance with DoD Instruction 7600.6 (reference (n)), the S&S shall be audited on an annual basis. The audits shall be performance audits and may be financial in nature as prescribed by the Government Auditing Standards of the Comptroller General of the United States. Each annual audit shall determine whether prior audit recommendations have been implemented and the reasons any have not been implemented. When the IG, DoD, elects to perform an audit of the S&S organization, such audit may substitute for the required annual audit. The S&S organizations shall coordinate their audit requirements with each other and the Army Community and Family Support Center to the maximum extent practicable to avoid duplication of costs and to increase the efficiency and effectiveness of these audits. Information copies of the audit contractor reports shall be forwarded by the S&S to the Unified Combatant Commands, AFIS, and the AAA. The S&S shall provide a response to the audit to the Unified Combatant Command CINC within 60 days of receiving the completed report. The S&S response to the audit must indicate a concurrence or non-concurrence for each finding and recommendation. For each concurrence, the corrective actions taken or planned should be described, and completion dates for actions already taken, as well as the estimated dates for completion of planned actions, should be provided. For each non-concurrence, specific reasons must be stated. If appropriate, alternative methods for accomplishing desired improvements may be proposed. If non-concurrences in the findings and recommendations cannot be resolved between the S&S management and the auditors, or AAA endorses the contractors' findings and recommendations, then the resolution procedures established by DoD Directive 7650.3 (reference (o)) and Army Regulations should be followed. The Unified Combatant Command shall forward the response to the Director of the AFIS and the AAA.

## 7. INFORMATION REQUIREMENTS

The reporting requirements in section 6., above, and enclosure 4 shall be submitted in accordance with DoD Instructions 7000.12 (reference (i)) and 7600.6 (reference (n)), unless specifically excepted by this Directive.

## 8. SUMMARY OF CHANGE 3

The changes to this issuance are administrative and update language to comply with Executive Order 14168 (reference (aa)).

9. EFFECTIVE DATE AND IMPLEMENTATION

This Directive is effective immediately. Forward one copy of implementing documents to the Assistant Secretary of Defense (Public Affairs) within 180 days.

William J. Perry
Deputy Secretary of Defense

Enclosures - 7
- E1. References, continued
- E2. Definitions
- E3. Mission
- E4. Business and Financial Operations
- E5. Personnel Policies and Procedures
- E6. Editorial Operations
- E7. The S&S Board of Directors

E1. ENCLOSURE 1

REFERENCES, continued

(d) DoD Directive 1015.6, "Funding of Morale, Welfare, and Recreation Programs," August 3, 1984
(e) DoD Instruction 1330.18, "Resale Activities Conducted With The Use of Nonappropriated Funds, Other Than By Military Exchanges," August 28, 1974
(f) DoD Directive 5500.7, "Standards of Conduct," August 30, 1993
(g) Manual for Courts-Martial, United States, 1984
(h) Executive Order 12958, "National Security Information," April 17, 1995
(i) DoD Instruction 7000.12, "Financial Management of Morale, Welfare and Recreational Activities," May 27, 1987
(j) DoD 7000.14-R, "Department of Defense Financial Management Regulation," Volume 13, "Nonappropriated Funds Policy and Procedures," August 1994
(k) DoD Instruction 1100.13,"Surveys of Department of Defense Personnel," November 9, 1978
(l) DoD Directive 5200.1, "DoD Information Security Program," June 7, 1982
(m) DoD 5200.1-R, "Information Security Program Regulation," June 1986
(n) DoD Instruction 7600.6, "Audit of Nonappropriated Fund Instrumentalities and Related Activities," April 16, 1987
(o) DoD Directive 7650.3, "Follow-up on General Accounting Office, DoD Inspector General, and Internal Audit Reports," September 5, 1989
(p) DoD Instruction 1000.15, "Private Organizations on DoD Installations," September 22, 1978
(q) DoD 4525.8-M, "DoD Official Mail Manual," July 1987
(r) The Joint Committee on Printing, Congress of the United States, "Government Printing and Binding Regulations," November 1987
(s) DoD Instruction 1015.2, "Military Morale, Welfare, and Recreation (MWR) Activities," June 14, 1995
(t) DoD Instruction 1330.13, "Armed Forces Professional Entertainment Program Overseas," September 8, 1985
(u) DoD Directive 5120.20, "Armed Forces Radio and Television Service (AFRTS)," December 17, 1991
(v) DoD Instruction 1015.10, "Programs for Military Morale, Welfare, and Recreation," November 3, 1995
(w) DoD Directive 7050.1, "Defense Hotline Program," March 20, 1987
(x) DoD Instruction 5240.4, "Reporting of Counterintelligence and Criminal Violations," September 22, 1992
(y) DoD Directive 5400.7, "DoD Freedom of Information Act Program," May 13, 1988
(z) Section 552 of title 5, United States Code, "Freedom of Information Act"
(aa) Executive Order 14168, “Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government,” January 20, 2025

## E2. ENCLOSURE 2

## DEFINITIONS

E2.1.1. Adverse Conditions. Conditions that may adversely affect the survival of the newspapers such as troop drawdown, increase in troop population, currency fluctuations, inflation, armed conflict, national contingency deployment, and others.

E2.1.2. Stars and Stripes (S&S). The organizations that perform the administrative, editorial, and business operations, which include newspapers, job-printing plants, etc., necessary to do their mission.

E2.1.3. STARS AND STRIPES. The title of one, or both, depending on the context of usage, of the newspapers produced by the S&S.

E2.1.4. S&S Commander-Publisher. The senior position in each S&S responsible for simultaneously performing dual functions. This military officer commands the S&S to which assigned, while also serving as the publisher of the STARS AND STRIPES produced by that organization.

E2.1.5. STARS AND STRIPES Editor. The senior civilian position on the newspaper editorial staff of the S&S to which he or she is assigned. All mention of "the editor" in this Directive refers exclusively to this position, unless otherwise specified.

E2.1.6. S&S Management Action Group (MAG) and S&S Steering Committee. These are ad hoc joint committees between the OASD(PA) and the OASD(FMP) that address S&S personnel and business policies. The S&S MAG is chaired by the senior OASD(PA) AFIS member and includes members from the OASD(FMP) and other DoD offices with the authority and expertise to address various S&S problems. The Director of the AFIS, and the Deputy Assistant Secretary, OASD(FMP), serve as co-chairman of the S&S Steering Committee that addresses DoD-level S&S issues. Neither the DoD S&S Steering Committee, nor the S&S MAG, involve themselves in STARS AND STRIPES editorial policies.

E2.1.7. S&S Ombudsman. A highly qualified journalist hired from outside the Department of Defense for a term of 3 years who independently advises the Unified Combatant Command CINCs, the S&S commander-publisher, the STARS AND STRIPES editor, the Director of the AFIS, and the Congress on matters of readership interest in the STARS AND STRIPES.

E3. ENCLOSURE 3

MISSION

E3.1.1. General. The S&S organizations shall contribute to the overall U.S. joint defense mission overseas by providing news and information for the Armed Forces internal audiences serving in a Unified Combatant Command area of responsibility, or deployed in support of designated joint Service exercises, contingency operations, or situations of armed conflict. That shall be done through the operation of a daily newspaper.

E3.1.2. Newspapers. The STARS AND STRIPES coverage of news and information makes possible the continued exercise of the responsibilities of citizenship by DoD personnel and their families overseas. The STARS AND STRIPES are to be published overseas during peacetime, contingency operations, and armed conflicts. They shall provide the same range of international, national, and regional news and opinion from commercial sources, as is provided by newspapers in the United States. Additionally, to better serve their readers, the STARS AND STRIPES shall pay special attention to news of local, host-country conditions relevant to their audiences. They shall provide, through their reporters and bureaus, news of local military communities within the theater and news of the U.S. Government, the Department of Defense, the Military Services, and theater operations not usually available to readers from outside commercial sources. The STARS AND STRIPES are to serve the interests of their overseas DoD readership as do prominent commercial daily newspapers throughout the United States.

E3.1.3. The S&S Job Shop Printing. The S&S are authorized to operate job shop printing, to include book publishing and/or printing, within the Unified Combatant Commands for U.S. military community newspapers; military organizations; NAFIs; morale, welfare, and recreation (MWR) activities; private organizations of interest and concern to the Department of Defense, as designated by DoD Instruction 1000.15 (reference (p)); DoD employees and their immediate families; and others designated by the Unified Combatant Command.

E3.1.4. War-Time Mission and Contingency Operations. The S&S shall provide the STARS AND STRIPES on a daily basis for transportation to, and distribution in, the designated area of operations, as requested and funded by the responsible Unified Combatant Command CINC, and supported by the respective Unified Combatant Command owning the S&S organization. The Unified Combatant Commands shall plan for required airlift on a timely basis and intra-theater distribution of daily STARS AND STRIPES newspapers as part of their operational planning documents. Intra-theater distribution and required airlift of the STARS AND STRIPES shall be the responsibility of the supported Unified Combatant Command CINC and respective component commands, who shall reimburse the S&S for non-resale issues on a per-issue basis. When deployed to an area of operations, the STARS AND STRIPES reporters shall operate in the same manner as commercial media representatives. The deployed STARS

AND STRIPES reporters shall be eligible for participation in DoD and command-sponsored regional and local media pools.

# E4. ENCLOSURE 4

## BUSINESS AND FINANCIAL OPERATIONS

### E4.1. GENERAL FINANCIAL OPERATIONS

E4.1.1. The Director of the AFIS shall administer the S&S as the central financial manager of the S&S organizations, with the authority to allocate and distribute all NAF and APF resources between the organizations. The S&S shall report as prescribed in DoD Instruction 7000.12 (reference (i)), providing information copies to the Unified Combatant Commands and the Director of the AFIS.

E4.1.1.1. The S&S shall be authorized NAF and APF support as category B NAFIs as provided under DoD Directive 1015.6 (reference (d)).

E4.1.1.2. The S&S shall be funded to the maximum extent possible through the sale and distribution of the newspaper, job printing; authorized advertising revenues; and other authorized sources of revenue, as approved by the Department of Defense and the Congress.

E4.1.1.3. APF support shall be kept to a minimum, consistent with the S&S mission.

E4.1.2. The Secretary of the Army shall be the DoD Executive Agent for NAF support to the S&S. If adverse conditions occur, the Director of the AFIS may apply to the Secretary of the Army for NAF support, and the other Military Services shall provide proportionate funding support through an MOA containing funding procedures coordinated with the Director of the AFIS. Copies of the agreement shall be provided to all concerned parties.

E4.1.3. The STARS AND STRIPES and other S&S commercial resale publications may be made available within the Unified Combatant Command to other U.S. Government Agency members, and U.S. Government contractors, as approved by the Unified Combatant Command.

E4.1.4. The S&S system of accounting and internal control shall conform with the requirements of DoD 7000.14-R (reference (j)), Army regulations on MWR activities and NAFIs, and NAF accounting policies and procedures. The S&S shall ensure that quarterly reports are furnished to the Unified Combatant Commands, the S&S Board of Directors, and the Director of the AFIS.

E4.2. APPROPRIATED FUNDS

In addition to reference (d), the S&S shall be authorized APF support:

E.4.2.1. As provided by the Under Secretary of Defense (Comptroller) for direct funding support when adverse conditions make such funding necessary to ensure the survival of the newspaper without impairment of mission capability.

E4.2.2. For regional air transportation of the newspaper, overseas "transportation of things" as authorized to joint-Service NAFIs; and electronic, optical, or satellite transmission of the newspaper when long distances require these modes to ensure timely and economical delivery.

E4.2.3. As required, to transport the STARS AND STRIPES to officially designated "remote and isolated" locations. The Unified Combatant Commands may authorize DoD official postage to remote and isolated locations, if that action is required to ensure timely delivery. Each S&S shall annually review its mailing support to minimize APF expenditures. The U.S. postal regulations apply to the S&S.

E4.2.3.1. The S&S shall use in-house or other non-postal means of transportation to distribute the newspaper to areas that are not designated as remote and isolated.

E4.3.2.2. The S&S are authorized to use official managerial and administrative mail related exclusively to the business of the U.S. Government in accordance with DoD 4525.8-M, Chapter 3, Subsection O.8 (reference (q)). Such official mail is also authorized to support archive responsibilities in the United States, as designated by the AFIS. Official mail may forward the STARS AND STRIPES through the Department of Defense to the Congress. Official mail is not authorized to provide the STARS AND STRIPES to general readership or to support in-theater distribution of S&S resale commercial publications.

E4.2.4. For transportation of military personnel incident to mission-essential travel, required military training, participation in contingency operations, in military field exercises, such as "REFORGER" or "TEAM SPIRIT," or to areas of armed conflict.

E4.2.5. In times of armed conflict or national contingency deployment, as directed by the Chairman of the Joint Chiefs of Staff for production and free distribution of the STARS AND STRIPES to forces as designated. The Unified Combatant Commands shall endeavor to provide the STARS AND STRIPES and other S&S services for DoD personnel engaged in military operations, contingency operations, and exercises in the most expeditious manner possible, as requested by the participating commands. The requesting Unified Combatant Command shall be responsible for distribution of the STARS AND STRIPES within its theater of operations. These services shall be provided on a reimbursable basis to the S&S.

E4.2.6. In other agreements as made with the Unified Combatant Commands, the Department of Defense, and the Military Departments.

E4.3. NONAPPROPRIATED FUNDS

The S&S NAFs shall be invested in the Army's Banking and Investment Program in accordance with DoD Instruction 7000.12 (reference (i)) and the implementing Army regulations. Each S&S shall participate in the Army's Risk Management Insurance Program in accordance with Army regulations.

E4.4. ADVERTISING

E4.4.1. The STARS AND STRIPES are authorized to solicit, sell, publish, and circulate run-of-the-paper display advertising, paid classified ads, and supplement section advertising, to include price and brand names of products or services and related coupons. Implementation of the advertising authority shall be as specified by the Director of the AFIS.

E4.4.2. The STARS AND STRIPES may sell, through commercial advertising agencies, run-of-the-paper advertising of DoD recruiting and retention programs or activities.

E4.4.3. The S&S has the right to refuse any advertising.

E4.4.4. The STARS AND STRIPES may publish news stories on special DoD-affiliated tours or entertainment opportunities for DoD personnel and their dependents in accordance with DoD Instructions 1015.2 and 1330.13 (references (s) and (t)).

E4.4.5. The S&S may promote the STARS AND STRIPES; authorized advertising; and job printing services (except APF) in the STARS AND STRIPES. The STARS AND STRIPES also may promote literacy, health, safety, and other community service issues.

E4.4.6. The S&S may promote AFRTS schedules, programs, and services in their newspapers. The S&S shall cooperate with AFRTS outlets to promote each others' programs and services, as authorized by DoD Directive 5120.20 (reference (u)).

E4.4.7. As a newspaper operated by the Department of Defense, the STARS AND STRIPES may not:

E4.4.7.1. Contain any material that implies that the DoD Components or their subordinate levels endorse or favor a specific commercial and/or individually owned product, commodity, or service.

E4.4.7.2. Subscribe, even at no cost, to a commercial, feature wire, or other service whose primary purpose is the advertisement or promotion of commercial products, commodities, or services.

E4.4.7.3. Carry any advertisement that implies discrimination as to race, age, origin, sex, politics, religion, or physical characteristics that include health.

E4.5. TRADEMARK

The S&S shall trademark the STARS AND STRIPES in overseas areas where it is distributed.

## E5. ENCLOSURE 5

## PERSONNEL POLICIES AND PROCEDURES

### E5.1. GENERAL NAF EMPLOYMENT POLICIES

E5.1.1. The S&S shall have a personnel system that is business oriented in terms of personnel management concepts. The system shall provide maximum authority and accountability to the S&S managers at all levels and shall endeavor to improve productivity through a system of awards and bonuses for high-performing employees. The S&S NAF employees shall be governed in accordance with the U.S. Army NAF regulations, except where exceptions to general policy have been granted by the Unified Combatant Commands, the AFIS, and the U.S. Army to the S&S.

E5.1.2. As DoD employees, the S&S civilian personnel shall abide by DoD Directive 5500.7 (reference (f)), the Department of Defense, the Unified Combatant Command, and the U.S. Army regulations, U.S. laws governing Government employees, the applicable host-nation laws, and the applicable SOFA requirements. The S&S commander-publisher shall ensure that the S&S employees are made aware of those provisions before being hired and that employees receive adequate personnel training.

E5.1.3. The S&S shall endeavor to recruit civilian personnel with solid experience, education, and performance credentials in the required business, publishing, or editorial disciplines. The S&S, as part of its hiring practices, shall specify terms of Government employment and include responsibilities, such as those in DoD Directive 5500.7 (reference (f)), so that the S&S civilian employees are fully aware of their obligations as DoD employees.

### E5.2. APF PERSONNEL ASSIGNMENT AUTHORITY

Appropriated-funded manpower staffing to operate, manage, or support the S&S is authorized under DoD Directive 1015.4 (reference (v)).

### E5.3. MILITARY OFFICER PERSONNEL PROCEDURES

E5.3.1. Candidates for the S&S military officer positions shall be nominated by the Military Services, through the Director of the AFIS, to the Unified Combatant Command CINCs, who shall make the final selection. The S&S military officer positions considered for nomination shall be the S&S commander-publisher and deputy commander(s).

E5.3.1.1. The S&S commander-publisher should have military public affairs and joint-Service experience, and a journalism degree.

E5.3.1.2. The S&S officers supervising business operations should have experience in DoD Comptroller functions and be familiar with laws and regulations applicable to DoD and NAFI business operations. A master's degree in business administration is desirable, but not mandatory.

E5.3.1.3. Instead of an advanced degree or military public affairs experience, nominees may be authorized, by the Unified Combatant Command CINC and the AFIS, to substitute a DoD-funded "training-with-industry" program with comparable newspaper operations in the United States.

E5.3.1.4. The Unified Combatant Commands shall forecast military vacancies in the S&S to allow time for the Military Services' nomination processes to be completed and provide for education before the S&S assignment.

E5.3.1.5. The Military Services shall provide highly qualified officers for all S&S assignments at the required grade levels.

E5.3.2. Military officers selected for duty as S&S commander-publisher shall undergo a "training-with-industry" program to provide real-world training with a commercial newspaper. That program shall be administered by the Director of the AFIS, in coordination with the Military Services and the Unified Combatant Commands.

E5.4. <u>ENLISTED MEMBERS OF THE STARS AND STRIPES EDITORIAL STAFF</u>

E5.4.1. Enlisted military personnel shall be assigned to the STARS AND STRIPES editorial staff, as reflected in the designated Unified Combatant Command Joint Manpower Program (JMP) documents, on a nominative basis. The Military Services shall nominate the most mature and professional personnel for assignment to the STARS AND STRIPES editorial staff at the required JMP grade- and experience-level, coordinating with the Unified Combatant Commands and the Director of the AFIS. Nominations shall be considered on a competitive basis by the S&S commander-publisher and the STARS AND STRIPES editor. The S&S shall request nominations 18 months before projected billet vacancies. The Military Services shall forward nominations 6-10 months in advance to the S&S, (ATTN: S&S Commander-Publisher). The Military Services shall provide the S&S with reasonable overlap of military enlisted members serving on the STARS AND STRIPES editorial staff.

E5.4.2. The S&S commander-publisher shall coordinate with the Unified Combatant Commands to ensure that there is an appropriate mixture of Military Service billets and/or

assignments represented in the S&S to preserve the tradition of the STARS AND STRIPES as joint-Service newspapers.

E6. ENCLOSURE 6

EDITORIAL OPERATIONS

E6.1. GENERAL

E6.1.1. The STARS AND STRIPES shall serve the interests of their overseas DoD readership, as commercial daily newspapers serve their readers throughout the United States. However, as a Government organization, the STARS AND STRIPES news staff may not take an independent editorial position. The STARS AND STRIPES editorial practices and policies shall be in accordance with the highest standards of American journalism.

E6.1.2. The STARS AND STRIPES editor, with the concurrence of the S&S commander-publisher, and the Unified Combatant Command CINC, as the owner of the newspaper, may establish a standard code of personal and professional ethics and general editorial principles similar to those developed at major metropolitan newspapers or by professional journalists in organizations such as the Society of Professional Journalists. Those codes usually stress the following:

E6.1.2.1. Responsibility of the newspaper to fully inform its readership.

E6.1.2.2. Freedom of the press.

E6.1.2.3. Commitment to personal and professional ethics.

E6.1.2.4. Emphasis on content accuracy, objectivity, and fair representation of all sides of an issue.

(When developed, copies of the code and style guides shall be provided to the Unified Combatant Command CINC and the Director of the AFIS.)

E6.1.3. The STARS AND STRIPES editor shall be responsible for developing editorial procedures and, if required, a style guide that mirrors daily U.S. commercial newspapers.

E6.1.4. The editorial content of the STARS AND STRIPES shall be governed by the general principles applicable to quality commercial press as follows:

E6.1.4.1. Presentation of News. A major purpose of the STARS AND STRIPES is to provide news and information from varied sources. This aids DoD members and their families stationed overseas to exercise their democratic citizenship responsibilities.

E6.1.4.2. Commercially Contracted News, Features, and Opinion Columns. The STARS AND STRIPES purchase (or contract for) and carry news stories, features, syndicated

columns, comic strips, and editorial cartoons from commercial services or sources. Wire-service news, information, and feature material may be edited in accordance with source contracts and for space requirements. The STARS AND STRIPES reflect the news of the day being carried in comparable U.S. commercial daily newspapers. They should reflect different sides of issues over a reasonable amount of time.

E6.1.4.3. Staff-Generated Copy. In keeping with the standards established for major daily commercial newspapers in the United States, staff-generated news and features in the STARS AND STRIPES shall be accurate, factual, impartial, and objective. News stories and feature material shall distinguish between fact and opinion. Every effort should be made to attribute quotations and facts to identified sources. In the case of controversial or sensitive stories, the STARS AND STRIPES editor, or his or her designee, shall ascertain the identity of confidential sources, as required by normal journalistic practices that ensure that sources are credible. The STARS AND STRIPES may use the normal range of journalistic techniques including "people-on-the-street" interviews if that technique does not constitute a political poll.

E6.1.4.4. Political Campaign News

E6.1.4.4.1. The STARS AND STRIPES shall publish coverage of the U.S. political campaigns from commercial news sources. Presentation of such political campaign news shall be made on an impartial, unbiased, and nonpartisan basis reflecting DoD policies of non-endorsement of any specific candidate for an elected office. Every effort should be made to ensure that the STARS AND STRIPES reflect the full spectrum of campaign news being published in the United States on national candidates and issues.

E6.1.4.4.2. The STARS AND STRIPES shall support the Federal Voting Assistance Program by carrying factual information about registration and voting laws.

E6.1.4.5. The STARS AND STRIPES shall provide balance in commercial syndicated columns. Since the STARS AND STRIPES may not take an independent editorial position, a balanced selection of syndicated opinion columns shall be published over a reasonable time period. The presentation of syndicated editorial cartoons should reflect the full spectrum of topical editorial cartoons being published throughout the United States. The S&S commander-publisher shall provide the Unified Combatant Commands annual assurance that the required balance for syndicated opinion columns has been met.

E6.2. ADMINISTRATIVE

E6.2.1. The STARS AND STRIPES shall comply with DoD Instruction 1100.13 (reference (k)) on polls, surveys, and straw votes. The STARS AND STRIPES may not conduct a poll, a survey, exit polls, or a straw vote on any political campaign. The STARS AND STRIPES may publish polls, surveys, and/or straw votes furnished to the newspaper through its contracted wire-services. The STARS AND STRIPES may not conduct lottery games.

E6.2.2. The STARS AND STRIPES shall have the following disclaimer placed in the masthead or at the extreme bottom of one of the prominent pages, segregated from copy in a box:

E6.3. EDITORIAL

E6.3.1. The STARS AND STRIPES news staffs are authorized to gather and report news, good and bad, on the Department of Defense and its subordinate commands. All reporting necessarily requires some investigation and, as with journalists on commercial newspapers, the STARS AND STRIPES news staff members have the right and need to ask questions and expect responses to fulfill the S&S mission. However, the STARS AND STRIPES is not an authorized investigative agency, such as military law enforcement agencies, investigative bodies, or an Inspector General, and shall not function in that capacity. As DoD employees, the STARS AND STRIPES news staff members must adhere to the DoD personnel policies that may not usually apply to journalists employed by commercial newspapers and must comply with DoD Directive 5500.7 (reference (f)) and, as applicable, the MCM, 1984 (reference (g)).

E.6.3.1.1. Since most journalistic reporting is investigative by nature, "investigative reporting," as such, is not banned. The STARS AND STRIPES reporters have the same need to ask questions of sources, and expect responses, as do commercial newspaper journalists. While the STARS AND STRIPES staff cannot conduct independent investigations that fall under the jurisdiction of various military law enforcement or designated investigative agencies, the STARS AND STRIPES may report on open or completed investigations by agencies authorized to perform investigative functions. If the STARS AND STRIPES employees note unlawful or criminal actions in their performance of duty, they must report such incidents immediately to the S&S commander-publisher or to their immediate supervisor, in accordance with reference (f), who shall also comply with reference (f) and, as applicable, DoD Directive 7050.1 and DoD Instruction 5240.4 (references (w) and (x)). If there is an authorized investigation, a STARS AND STRIPES reporter or editor cannot protect a source as confidential when the information may be required to complete the investigation. Coverage of an investigation, from a news perspective, should be based on case progress or the resolution provided by the investigative agency if considered newsworthy by the STARS AND STRIPES. The STARS AND STRIPES editorial procedures shall not prohibit publishing news of independent investigations furnished by commercial media and, therefore, in the public domain.

E6.3.1.2. The STARS AND STRIPES staff may not knowingly place classified information in STARS AND STRIPES staff-generated material. That does not apply to public domain information attributed to commercially contracted news, features, or opinion columns.

E6.3.2. The STARS AND STRIPES editorial staffs shall receive the same treatment as commercial media.

E6.3.2.1. The STARS AND STRIPES reporters shall have the same right to ask questions, to gain help, to have access, and to attend gatherings available to reporters from the commercial media. Commanders or public affairs staffs may not use the U.S. Government status of STARS AND STRIPES reporters to block the release of, or access to, otherwise releasable news, information, or events. Under the same circumstances, the STARS AND STRIPES reporters may not use their U.S. Government status or credentials to gain special treatment, access to restricted areas or gatherings, or other advantages that are not given equally to civilian media.

E6.3.2.2. In keeping with the "Principles of Information" in DoD Directive 5122.5 (reference (b)) governing release of information to commercial media, the DoD Components are expected to make available timely and accurate information so that the STARS AND STRIPES news staffs and readers may assess and understand the facts about their military organizations, the national defense, and defense strategy. Consistent with statutory requirements, information shall be made fully and readily available under the principles for the release of information to the media issued by the Secretary of Defense. A Government organization may not file a request for information against another Government organization under DoD Directive 5400.7 (reference (y)), which implements the Freedom of Information Act (FOIA) (reference (z)) in the Department of Defense, but it is the responsibility of all commands to honor the DoD Principles of Information, particularly regarding the intent of open access as described in reference (y) when responding to queries from STARS AND STRIPES reporters.

E6.3.3. To meet organizational responsibilities, the STARS AND STRIPES editor, the S&S commander-publisher, and the STARS AND STRIPES staff members they select, should meet frequently with area commanders and public affairs officers and staffs to confer, as their counterparts in U.S. commercial daily newspapers do with local government and community interest representatives.

E6.3.4. When matters of interest to the STARS AND STRIPES readership cut across the Unified Combatant Command component command responsibilities, the STARS AND STRIPES editor may use "special project reporting teams" to examine such concerns. Whether the areas of STARS AND STRIPES interest are military exercises, fast-breaking news affecting the entire Unified Combatant Command community, or policies that require a greater-than-individual-reporter effort, the STARS AND STRIPES editor, through the S&S commander-publisher, can gain help by keeping the Unified Combatant Command and its component command public affairs offices informed of the need for theater-wide assistance. Such aid could help dispel morale-damaging rumors.

E6.3.5. The STARS AND STRIPES shall conduct readership surveys at least once every 3 years in the Unified Combatant Commands where the STARS AND STRIPES are distributed. Such formal surveys shall be conducted in accordance with DoD Instruction 1100.13 (reference (k)). The S&S may make shorter market surveys through its bookstore operations to determine changing readership interests. The STARS AND STRIPES is also encouraged to make frequent use of readership focus groups throughout the Unified Combatant Command.

E6.3.6. The STARS AND STRIPES may review commercial entertainment where relevant and where it supports readership interest.

E6.3.7. All bureau personnel and field reporters shall have STARS AND STRIPES newsroom experience before being given independent assignments. The STARS AND STRIPES military reporters may wear military or civilian clothes at the discretion of the S&S commander-publisher. If authorized by the S&S commander-publisher, STARS AND STRIPES military members may be authorized a clothing allowance in accordance with individual Service directives.

E6.3.8. The STARS AND STRIPES are both authorized to maintain a Washington, DC, bureau located with other correspondent bureaus in the OASD(PA) Correspondents' Corridor. A desk will be provided for each STARS AND STRIPES. The S&S shall select the most qualified reporters possible for assignment to the bureau. A joint memorandum of understanding on personnel support shall be established between the two newspapers and approved by the Unified Combatant Commands, with a copy provided to the Director of the AFIS.

E7. ENCLOSURE 7

THE S&S BOARD OF DIRECTORS

E7.1. ORGANIZATION AND MANAGEMENT

E7.1.1. The S&S board of directors of each Unified Combatant Command shall provide advice to the S&S management, and recommend guidance to its CINC on all business operations. Attendance is at the direction of the Unified Combatant Command CINC.

E7.1.2. Each Unified Combatant Command CINC shall designate the chairman of its S&S board of directors.

E7.1.3. Each S&S board of directors shall include a member from the Unified Combatant Command Offices of Public Affairs and the Comptroller, and at least one member from each of the Unified Combatant Command Service components. Members shall be appointed by the Unified Combatant Command CINC for 2 years to ensure continuity. They shall be the best qualified personnel available in business-related disciplines. Members should be at the grade of O-5, GS-12, or higher. Other than the Unified Combatant Command and the S&S senior representatives, the S&S board members should not be members of any other S&S forums or councils. Representatives from the AFIS and one S&S may attend the meetings of the other S&S board of directors and have their observations included in the minutes, but they are not voting members. Recommendations approved by the S&S board of directors may be incorporated by the Unified Combatant Command CINC into the Unified Combatant Command S&S instruction or directive, as applicable.

E7.1.4. The S&S board of directors should meet at least three times each year. The minutes of each meeting shall be approved by the Unified Combatant Command CINC. The approved S&S board recommendations shall be incorporated, as permanent policy, into the Unified Combatant Command S&S implementing instructions or directives. Where such recommendations affect DoD policy, the Unified Combatant Commands shall ask the Director of the AFIS for resolution. The S&S commander-publisher shall provide sufficient documentation to the S&S board members between meetings to inform them of on-going business operations and the execution of financial actions.

E7.2. FUNCTIONS

E7.2.1. The S&S board of directors shall monitor planning and execution of the S&S business activities.

E7.2.2. The S&S board of directors shall aid the S&S commander-publisher with evaluation of external factors that impact the S&S, such as adverse conditions, as recommended

by the S&S commander-publisher, the S&S board of directors, or the Unified Combatant Command CINC.

E7.2.3. Annually, the S&S commander-publisher shall provide a financial plan that shall include a capital expenditure budget and a 2-year forecast for the S&S board of directors' evaluation and recommendation to the Unified Combatant Command CINC. The S&S shall also forecast and get approval for building and/or construction projects through the S&S board of directors.

E7.2.4. The S&S shall maintain a 5-year business strategic and corporate plan that shall be forwarded to the S&S board of directors. The Unified Combatant Commands shall forward the on-going strategic and corporate plan to the Director of the AFIS for overall DoD strategic goals.