IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:26-cv-02248-APM

JACQUELINE R. SMITH,

Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE *et al.*,

Defendants.

**STATUS REPORT**

Pursuant to the Court's minute order of August 24, 2026, John Bussian, pro bono counsel for Plaintiff, spoke with Zachariah Lindsey, AUSA USADC for Defendants, on the afternoon of August 25, 2026 and reports as follows:

1. Service has been made upon all Defendants.

2. Plaintiff requests that the Court hold an expedited, in-person hearing on its motion for preliminary injunction within the time provided by the Court's local rule. The Plaintiff has provided her declaration and intends to proffer additional oral testimony, if the Court believes that would assist it in resolving the issues under the four-factor test for preliminary injunction relief.

3. Defendants' counsel opposes the request, contending that a live hearing is unnecessary.

The parties' counsel agreed upon the following schedule for pleadings to be submitted prior to hearing on Plaintiff's motion for a preliminary injunction.

| | |
|---|---|
| September 9, 2026 | Government's response/opposition to Plaintiff's motion for preliminary injunction and Government's projected motion to dismiss |
| September 16, 2026 | Plaintiff's reply to Government's opposition to motion for preliminary injunction and/or to Government's motion to dismiss |
| September 21, 2026 | Government's reply, if any, to Plaintiff's opposition to motion to dismiss |

The Plaintiff respectfully requests that the Court hold a live, open court hearing on Plaintiff's request for injunctive relief on or before September 30th. A live hearing is essential because of (1) the necessity of the Plaintiff's offering testimony and oral argument to oppose the anticipated lengthy opposition to Plaintiff's motion for preliminary injunction and yet-to-be filed motion to dismiss by the Government, and 2) the additional irreparable harm Plaintiff will suffer by any delay in disposing of the pending motion solely on written submissions of the parties. It is estimated that one hour will be required for the hearing.

Respectfully submitted, this the 26th day of August, 2026.

Respectfully submitted,

/s/ John A. Bussian

John A. Bussian
N.C. State Bar No. 15487
jbussian@aol.com
THE BUSSIAN LAW FIRM PLLC
150 Fayetteville Street
Suite 1700
Raleigh, NC 27601
Tel: 919-306-3319
Fax: 919-839-0304
*Pro Bono Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this day the foregoing was served on the attorney of record by the Court's CM/ECF filing system as follows:

Zachariah Lindsey
DOJ-USAO
zachariah.lindsey@usdoj.gov

This the 26th day of August, 2026.

/s/ John A. Bussian
John A. Bussian